GRAFF v. SHANNON.

Under chapter three of the Code, a promissory note is personal property, and its possession may be recovered in an action of replevin.

Where in an action of replevin for certain promissory notes, and personal property, the court instructed the jury as follows: That promissory notes are *choses in action*, and not the subject of replevin; and that as to the notes replevied, they will find for defendant; *Held*, That the instruction was erroneous.

*Appeal from the Mills District Court.*

MONDAY, APRIL 4.

Replevin for certain promissory notes, two horses, a lot of jewelry, and other articles of personal property. The court instructed the jury: "That promissory notes are *choses in action*, and not the subject of replevin; and that, as to the notes replevied in this action, they will find for defendant." To this instruction, plaintiff excepted. Verdict and judgment for defendant, and plaintiff appeals.

*S. A. Rice*, for the appellant.

*John A. Kasson*, for the appellee.

WRIGHT, C. J.— When the object of a suit is to recover the possession of personal property, replevin is the action given by the Code. Chapter 115. The words "personal

property" include money, goods, chattels, evidences of debt, and "things in action." Chapter 3, section 26, clause 9. Without reference, therefore, to the the authorities relied upon by counsel, as to the nature of this writ at common law, we are clear that, under the Code, the instruction given was erroneous.

The suggestion of appellee's counsel, that there was a general verdict for defendant, and that it is manifest, therefore, that the instruction, if erroneous, did not prejudice plaintiff, cannot avail. As to the other property named in the petition, the jury must have found for defendant upon other grounds, for there is no dispute but what replevin is the proper action for the recovery of most of them. So much of the case, however, as related to the notes, was in fact taken from the jury, for under the instruction given, all inquiry by them upon that subject was cut off.

Judgment reversed.